IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Minor, Charles T | Case Number: 06 B 10176 |
| | Judge: Wedoff, Eugene R |
| Printed: 11/25/08 | Filed: 8/20/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 11, 2008
Confirmed: December 21, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 9,985.68 |  |
| Secured: |  | 2,091.72 |
| Unsecured: |  | 3,994.01 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,641.00 |
| Trustee Fee: |  | 506.29 |
| Other Funds: |  | 752.66 |
| Totals: | 9,985.68 | 9,985.68 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert V Schaller | Administrative | 2,641.00 | 2,641.00 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | 77th St Depot Federal Credit Union | Secured | 0.00 | 0.00 |
| 4. | City Of Chicago | Secured | 0.00 | 0.00 |
| 5. | Monterey Financial Services | Secured | 1,092.92 | 1,092.92 |
| 6. | Litton Loan Servicing | Secured | 16,530.90 | 998.80 |
| 7. | Sallie Mae | Unsecured | 883.18 | 2,674.20 |
| 8. | Monterey Financial Services | Unsecured | 11.35 | 34.36 |
| 9. | M3 Financial Services | Unsecured | 10.00 | 15.96 |
| 10. | 77th St Depot Federal Credit Union | Unsecured | 193.53 | 585.97 |
| 11. | Peoples Energy Corp | Unsecured | 220.39 | 667.30 |
| 12. | Asset Acceptance | Unsecured | 5.36 | 16.22 |
| 13. | Valerie Grant | Priority |  | No Claim Filed |
| 14. | Illinois Dept Of Public Aid | Priority |  | No Claim Filed |
| 15. | Allstate | Unsecured |  | No Claim Filed |
| 16. | Account Recovery Service | Unsecured |  | No Claim Filed |
| 17. | Armor Systems Co | Unsecured |  | No Claim Filed |
| 18. | United States Dept Of Education | Unsecured |  | No Claim Filed |
| 19. | Citibank | Unsecured |  | No Claim Filed |
| 20. | Comcast | Unsecured |  | No Claim Filed |
| 21. | GEMB | Unsecured |  | No Claim Filed |
| 22. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 23. | Montgomery Ward & Co Inc | Unsecured |  | No Claim Filed |
| 24. | Sw Student Service | Unsecured |  | No Claim Filed |
| 25. | Sallie Mae | Unsecured |  | No Claim Filed |
| 26. | SBC | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Minor, Charles T | Case Number: 06 B 10176 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 11/25/08 | Filed: 8/20/06 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Nicor Gas | Unsecured | | No Claim Filed |
| 28. | United States Dept Of Education | Unsecured | | No Claim Filed |
| 29. | M3 Financial Services | Unsecured | | No Claim Filed |
| 30. | Education Financial Services | Unsecured | | No Claim Filed |
| | | | $ 21,588.63 | $ 8,726.73 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 116.53 |
| 5.4% | 258.34 |
| 6.5% | 131.42 |
| | $ 506.29 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

